# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ATEF SALAMI NEMER HIRCHEDD,

    Defendant.

Case No. 2:99-cr-00309-KJD-NJK
         2:15-cv-2206-KJD-NJK

**ORDER**

    Presently before the Court is Respondent's Motion to Correct Docketing of Defendant's Petition for a Writ of Error *Coram Nobis* (#5)[1]. Though the time for doing so has passed, Movant has failed to file a response in opposition. Accordingly, good cause being found, and in accordance with Local Rule 7-2(d), the motion is granted.

    Accordingly, the civil action, 2:15-cv-2206-KJD-NJK, is to be closed and vacated as opened in error. The Petition for Writ of Error *Coram Nobis* (#1) shall be filed in the criminal action.

**IT IS SO ORDERED.**

    DATED this 25th day of April 2016.

_____
Kent J. Dawson
United States District Judge

---

[1] This motion was also filed in the criminal case at docket no. 73.